UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALICE MONROE, | No. C 12-03840 LB |
|            Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| ORCHARD SUPPLY HARDWARE, *et al.*, | |
|            Defendants. | |
| _____/ | |

On February 10, 2012, Plaintiff Alice Monroe filed a complaint in Alameda County Superior Court against Defendants Orchard Supply Hardware, Jeff Caminata, and Bruce Williams. *See* Smith Decl. Supp. Notice of Removal Ex. B, ECF No. 3 at 7[1]. Defendants Orchard Hardware Supply LLC and Bruce Williams removed the case to this court on July 23, 2012. *See* Notice of Removal, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days after filing the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). Whether measured from February 10 or July 23, the 120-day period has now expired. Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that Defendant Jeff Caminata has been served. *See generally* Docket.

Accordingly, the court ORDERS Monroe to SHOW CAUSE why her claims against Jeff Caminata should not be dismissed for failure to prosecute. Monroe must file a written response to

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-03840 LB
ORDER TO SHOW CAUSE

this order to show cause by Monday December 3, 2012. If Monroe's written response does not provide proof of timely service (or show good cause for failure to do so), the court will dismiss Plaintiff's claims against Caminata.

If Monroe demonstrates good cause for failure to serve Caminata, the court may continue the case management conference currently scheduled for Thursday, December 6, 2012. If the case management conference is not rescheduled, Defendants' counsel may appear by telephone through CourtCall.

**IT IS SO ORDERED.**

Dated: November 30, 2012

_____
LAUREL BEELER
United States Magistrate Judge