UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALICE MONROE, | No. C 12-03840 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ORCHARD SUPPLY HARDWARE, *et al.*, | |
| Defendants. | |

Defendants removed the case to this court on July 23, 2012. *See* Notice of Removal, ECF No. 1. On June 18, 2013, Orchard Supply Hardware filed a notice of filing of bankruptcy petition, that effectively stayed this case. *See* ECF No. 33. To ensure that the case proceeded appropriately, the court set a further case management conference for December 19, 2013, and directed the parties to file a joint case management conference statement by December 12, 2013. The parties failed to comply.

On December 13, 2013, the court issued a Clerk's Notice regarding the parties' failure to file their joint case management conference statement. ECF No. 40. The court directed the parties to file their joint case management conference statement by January 2, 2014. Again, neither party complied. The court attempted to contact the parties on January 3, 2014. Later that day, Plaintiff filed a case management conference statement. *See* ECF No. 41. Defendants again failed to respond.

Accordingly, the court Orders Defendants to show cause why they should not be sanctioned for

failure to comply with the court's directives. Defendants should address their failure to comply as part of the joint case management statement. The parties must meet and confer to prepare the case management conference statement by the close of business on January 14, 2014. The parties must file the joint case management statement by noon on Thursday January 16, 2014. Defendants must address issues raised in Plaintiff's case management statement. Finally, the court continues the case management conference currently scheduled for January 9, 2014 to January 23, 2014 at 11:00 a.m. and sets the show cause hearing for the same time. The parties must appear in person.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
LAUREL BEELER
United States Magistrate Judge